1  Floyd W. Bybee, #012651
   **FLOYD W. BYBEE, PLLC**
2  2473 S. Higley Road
   Suite 104, #308
3  Gilbert, Arizona 85295-1103
   Office: (480) 756-8822
4  Fax: (480) 302-4186
   floyd@bybeelaw.com
5
   Attorney for Plaintiff
6

7              **UNITED STATES DISTRICT COURT**

8                   **DISTRICT OF ARIZONA**

9  _____
                                    )
10 **Susan Lake**, an individual;    )   No.
                                    )
11      Plaintiff,                   )
                                    )
12 v.                               )        **COMPLAINT**
                                    )
13 **Countrywide Home Loans, Inc.**,)
   a New York corporation,          )
14 **Michele Lee Goff,**            )
   an individual,                   )
15                                  )      (Jury Trial Demanded)
                                    )
16      Defendants.                 )
                                    )
17 _____)

18      Plaintiff, Susan Lake, upon information and belief, and

19 in good faith, alleges as follows:

20            **I.   PRELIMINARY STATEMENT**

21 1.   Plaintiff brings this action for damages based upon the

22      Defendants' violations of the Fair Credit Reporting Act

23      ("FCRA"), 15 U.S.C. §§ 1681 *et seq.*  Plaintiff seeks

24      statutory damages, actual damages, punitive damages,

25      costs and attorney's fees.

26

## II.  **JURISDICTION**

2.  Jurisdiction of this Court, over this action and the parties herein, arises under 15 U.S.C. § 1681p (FCRA), and 28 U.S.C. § 1331.

3.  Venue lies in the Tucson Division of the District of Arizona as Plaintiff's claims arose from acts of the Defendants perpetrated therein.

## III.  **PARTIES**

4.  Plaintiff is a natural person residing in Pinal County, Arizona.

5.  Plaintiff is a "consumer" as that term is defined by 15 U.S.C. § 1681a(c) of the FCRA.

6.  Defendant Countrywide Home Loans, Inc. is New York corporation authorized to do business in the state of Arizona.

7.  Countrywide is licensed as a mortgage banker with the Arizona Department of Financial Institutions.

8.  Countrywide is both a "person" as defined by FCRA § 1681a(b), and a "user" of credit reporting information as contemplated under FCRA § 1681b(f).

9.  Defendant Michele Lee Goff is an individual residing in Arizona.

10. Goff is both a "person" as defined by FCRA § 1681a(b), and a "user" of credit reporting information as contemplated under FCRA § 1681b(f).

11. At all times relevant herein, Countrywide employed Goff

1   and gave her authority to access consumers credit

2   reports, and is responsible for her actions alleged

3   herein.

4                    **IV.   FACTUAL ALLEGATIONS**

5   12.   On November 24, 2006, Plaintiff's husband received a

6         letter together with several documents from his former

7         wife, Defendant Goff, concerning a child support hearing

8         in Maricopa County Superior Court set for November 30,

9         2006.

10  13.   Included in the documents from Goff was a copy of a

11        "tri-merge" credit report containing personal

12        information on both Plaintiff and her husband.  A tri-

13        merged credit report contains credit information from

14        all three national credit reporting agencies – Trans

15        Union, Experian and Equifax.

16  14.   Upon information, the identity of the person or company

17        who initially accessed the credit report had been

18        purposefully redacted from the copy Goff provided to

19        Plaintiff and her husband.

20  15.   Plaintiff subsequently learned that Goff is employed as

21        a senior underwriter for Countrywide here in Arizona.

22  16.   Plaintiff became very upset when she learned that Goff

23        had obtained and intended to use her personal credit

24        report for purposes which were clearly beyond those

25        anticipated by Plaintiff and provided for by federal

26        law.

17.  Plaintiff immediately called the police to report the invasion of her privacy and possible theft of her identity, but was told that it was a domestic matter.

18.  Plaintiff also called the Federal Trade Commission and the Arizona Attorney General's office concerning Goff obtaining and using Plaintiff's credit report.

19.  Plaintiff contacted Countrywide to request that an investigation be made into how Goff obtained a copy of her credit report.

20.  In May 2006, Plaintiff's husband had requested that an employee at Countrywide check into the current status of his credit for the possibility of obtaining a mortgage.

21.  In response to that request, Countrywide obtained credit reports both on Plaintiff and her husband.

22.  Upon information, Countrywide provided Goff access to and/or the authority to obtain credit reports on individual consumers.

23.  Upon information, Goff used her position and the authority Countrywide gave her to access and obtain copies of Plaintiff's credit reports to use for an impermissible purpose.

24.  After obtaining the credit reports from Countrywide, Goff used them for purposes which were clearly beyond the stated purpose for which Countrywide initially obtained the report, and beyond the scope allowed by the FCRA § 1681b(f).

25.  Countrywide's impermissible use of Plaintiff's credit reports were for purposes beyond the scope of 15 U.S.C. § 1681b(f).

## V.   CAUSES OF ACTION

### a.   Fair Credit Reporting Act

26.  Plaintiff repeats, realleges, and incorporates by reference the foregoing paragraphs.

27.  Defendants did not have a permissible purpose in using Plaintiff's credit reports as required by the FCRA § 1681b(f).

28.  As a result of the actions of Defendants, Plaintiff has been damaged.

29.  Pursuant to FCRA § 1681$o$, any person who is negligent in failing to comply with any requirement imposed under the FCRA with respect to any consumer is liable to that consumer in an amount equal to the sum of (1) any actual damages sustained by the consumer as a result of the failure and (2) in the case of any successful action to enforce any liability under 15 U.S.C. § 1681$o$, the costs of the action together with reasonable attorneys' fees.

30.  As a result of Defendants' negligent failure to comply with the FCRA, Defendants are liable to Plaintiff in an amount equal to the sum of (1) any actual damages sustained by Plaintiff as a result of said failure and (2) the costs of this action together with reasonable attorneys' fees.

31. Pursuant to 15 U.S.C. § 1681n, any person who willfully fails to comply with any requirement imposed under the FCRA with respect to any consumer is liable to that consumer in an amount equal to the sum of (1) any actual damages sustained by the consumer as a result of the failure or damages or not less than $100.00 and not more than $1,000.00; (2) such amount of punitive damages as the court may allow; and (3) in the case of any successful action to enforce any liability under 15 U.S.C. § 1681n, the costs of the action together with reasonable attorneys' fees.

32. As a result of Defendants' willful failure to comply with the FCRA, Defendants are liable to Plaintiff in an amount equal to the sum of (1) any actual damages sustained by Plaintiff as a result of the failure or damages of not less than $100.00 and not more than $1,000.00 for each such violation; (2) such amount of punitive damages as the court may allow; and (3) the costs of this action together with reasonable attorneys' fees.

## VI.   DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial on all issues so triable.

## VII.   PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests that judgment be entered against Defendants for:

1    a)   Actual damages in an amount to be shown at trial;

2    b)   Statutory damages pursuant to FCRA § 1681n;

3    c)   Punitive damages pursuant to FCRA § 1681n;

4    d)   Costs and reasonable attorney's fees; and

5    e)   Such other relief as may be just and proper.

6

7    DATED   June 23, 2007   .

8                              **FLOYD W. BYBEE, PLLC**

9

10                              s/ Floyd W. Bybee
                               Floyd W. Bybee, #012651
11                             2473 S. Higley Road
                               Suite 104, #308
12                             Gilbert, Arizona 85295-1103
                               Office:  (480) 756-8822
13                             Fax: (480) 302-4186
                               floyd@bybeelaw.com
14
                               Attorney for Plaintiff
15

16

17

18

19

20

21

22

23

24

25

26