Floyd W. Bybee, #012651
**LAW OFFICE OF**
**FLOYD W. BYBEE, PLLC**
2473 S. Higley Road
Suite 104, #308
Gilbert, Arizona 85295-1103
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| **Susan Lake,** | No. CV-07-299-TUC-JMR |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| **Countrywide Home Loans, Inc.** *et al.*, | |
| Defendants. | |

    Plaintiff hereby gives notice that the parties have reached a settlement in this case.

    DATED <u>  October 31, 2007  </u>.

                                <u>  s/ Floyd W. Bybee  </u>
                                Floyd W. Bybee, #012651
                                **LAW OFFICE OF**
                                **FLOYD W. BYBEE, PLLC**
                                2473 S. Higley Road
                                Suite 104, #308
                                Gilbert, Arizona 85295-1103
                                Office: (480) 756-8822
                                Fax: (480) 302-4186
                                floyd@bybeelaw.com

                                Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned certifies that on  October 31, 2007, a copy of this document was electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

    Caroline K. Larsen
    Robert W. Shely
    BRYAN CAVE LLP
    Two North Central Avenue
    Suite 2200
    Phoenix, Arizona 85004-4406
    Attorneys for Defendants

by   s/ Floyd W. Bybee